AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**EASTERN DISTRICT OF VIRGINIA**

FILED
OCT 10 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

**CHRISTOPHER WARD**

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:12mj 414

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: In or about **March or April, 2012**, in the **Eastern** District of **Virginia** and elsewhere, the defendant did:

(1) unlawfully and knowingly employ, use, persuade, induce, entice, and coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, said visual depiction having been transported and transmitted in interstate and foreign commerce by any means,

in violation of Title(s) __18__ United States Code, Section(s) __2251(a)__.

I further state that I am a(n) **Special Agent, Department of Homeland Security, Homeland Security Investigations** and that this complaint is based on the following facts:

*Official Title*

SEE ATTACHED AFFIDAVIT

REVIEWED AND APPROVED:

_____
Joseph L. Kosky
Assistant United States Attorney

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Kristin Joseph, Special Agent
Department of Homeland Security,
Homeland Security Investigations

Sworn to before me and subscribed in my presence,

__October 10, 2012__          at   __Norfolk, Virginia__
Date                                City and State

**TOMMY E. MILLER**
**UNITED STATES MAGISTRATE JUDGE**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer