**INITIAL APPEARANCE MINUTES:**

Time set:  **2:30 p.m.**
Start Time:  2:32 pm
End Time:  2:33 pm

Split Time  (  )

Date:  **10/10/2012**
Presiding Judge:  **Tommy Miller, USMJ**
Courtroom Deputy:  Cristi Doxle
Reporter:  FTR
U.S. Attorney:  Bob Krask, AUSA
Defense Counsel:  
(  ) Retained (  ) Court appointed (  ) AFPD
Interpreter:  

Case Number: 2:12mj414
USA v. Christopher Ward

( x ) Deft. Present ( x ) custody (  ) not in custody
( x ) Initial Appearance (  ) Indictment (  ) Probation Violation Petition (  ) Supervised Release Petition
    (  ) Criminal Information  (  ) Rule 5 arrest (  ) Rule 32 arrest ( x ) Criminal Complaint
( x ) Deft. advised of rights, charges and right to counsel
( X ) Counsel desired (  ) Defendant to retain: _____
(  ) Defendant's motion to substitute counsel
(  ) Order to substitute counsel executed and filed in open court
( X ) Financial Affidavit filed in open Court
( X ) Court ( X ) Directed (  ) Denied appointment of counsel
(  ) Court directed defendant to reimburse govt. at rate of  $ _____ per month. Payments to begin and
    continue each month thereafter until paid in full.
(  ) Defendant waived (  ) Removal (  ) Preliminary hearing (In this District only)
(  ) Defendant executed Waiver of Removal Hearing (  ) Waiver of Identity Hearing (In this District only)
(  ) Waiver of Detention Hearing (In this District only)
(  ) Commitment to Another District entered and filed in open court
( X ) ( X ) Preliminary (  ) Removal Hearing set for  10|15|12  at  2:30 pm  before
    LRL _____ U.S. Magistrate Judge.
(  ) Preliminary Hearing    (  ) Held (  ) Waived.  (  ) Defendant stipulated to probable cause
(  ) Court finds probable cause (  ) Defendant held for Grand Jury (  ) Defendant remanded to custody of
    U.S. Marshal for removal to charging district
( X ) Government motion for Detention
(  ) Government motion to withdraw motion for detention and set bond (  ) Granted    (  ) Denied
( X ) Detention Hearing scheduled for  10|15|12  at  2:30 pm  before  LRL  .
(  ) Detention Hearing (  ) Held (  ) Waived
( X ) Temporary Detention Order entered and filed (  ) Detention Ordered Pending Trial
(  ) Bond set at $ _____
(  ) Special Conditions of Release: **(See Page 2)**
( X ) Deft. remanded to custody of  U. S. Marshal
(  ) Warrant returned executed and filed in open court
(  ) Defendant is directed to appear on _____ at _____ for
    (  ) Arraignment (  ) SRVH (  ) PVH (  ) Bench
    Trial
    (  ) Norfolk (  ) Newport News
(  ) _____
(  ) _____