IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

NOV - 7 2012

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:12mj414 |
| | ) |
| CHRISTOPHER WARD, | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

Upon joint motion of the United States and defendant for an Order waiving the requirements of the Speedy Trial Act pursuant to Title 18, United States Code, § 3161, with respect to the time in which the United States must bring an indictment, in order to permit the parties to pursue a possible pre-indictment disposition by plea, and it appearing to the Court that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial,

IT IS HEREBY ORDERED that the period for filing an indictment in this case is extended from November 8, 2012, to December 8, 2012.

Enter this 7th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

SEEN AND AGREED:

_____
Greg McCormack, Esq.
Counsel for Defendant

_____
Jarrett McCormack, Esq.
Counsel for Defendant

_____
CHRISTOPHER WARD
Defendant

3